UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21804-RKA

CARLOS BRITO,

    Plaintiff,

v.

CENTENNIAL WESTLAND MALL
PARTNERS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, CENTENNIAL WESTLAND MALL PARTNERS, LLC, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this December 22, 2023.

| | |
|---|---|
| By: /s/ *Anthony J. Perez* | By: /s/ *Carmen M. Rodriguez* |
| ANTHONY J. PEREZ | CARMEN M. RODRIGUEZ |
| Florida Bar No. 535451 | Florida Bar No. 710385 |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICES OF CARMEN RODRIGUEZ, P.A. |
| 350 Sevilla Avenue, Suite 200 | 15715 S. Dixie Highway, Suite 411 |
| Coral Gables, Fl 33134 | Miami, FL 33157 |
| Telephone: (305) 553- 3464 | Telephone: (305) 254-6101 |
| Email: ajperez@lawgmp.com | Email: crpa@crlaborlawfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 22, 2023.

                Respectfully submitted,

                **GARCIA-MENOCAL & PEREZ, P.L.**
                *Attorneys for Plaintiff*
                350 Sevilla Avenue, Suite 200
                Telephone: (305) 553-3464
                Facsimile: (855) 205-6904
                Primary E-Mail: ajperez@lawgmp.com
                Secondary E-Mail: bvirues@lawgmp.com;
                jreyes@lawgmp.com

                By: */s/ Anthony J. Perez*
                  ANTHONY J. PEREZ